Case: 1:11-cr-00182 Document #: 2 Filed: 03/03/11 Page 1 of 1 PageID #:7    NF


③

**FILED**  **FELONY**

MAR 3 - 2011

**11CR 0182**

MAGISTRATE JUDGE MORTON DENLOW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO**   YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO**   YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO**   YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO**   YES   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO**   YES

6) What level of offense is this indictment or information?   **FELONY**   MISDEMEANOR

7) Does this indictment or information involve eight or more defendants?   **NO**   YES

8) Does this indictment or information include a conspiracy count?   **NO**   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust .................(II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ............ (II) | **x Other Fraud ........... (III)** | ☐ Immigration Laws ...... (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ....... (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............... (III) | ☐ Motor Carrier Act ........ (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ..... (IV) |
   | ☐ Larceny and Theft (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes .... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. §157(2)

_____
**BRIAN P. NETOLS**
Assistant United States Attorney

(Revised 4/99)