# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| **CASE NUMBER** | 09-GJ-00807 | **DATE** | MARCH 03, 2011 |
| **CASE TITLE** | U.S. V MICHAEL LETOURNEAU | | |

**DOCKET ENTRY TEXT**

11 CR 0182

### Grand Jury Proceeding

The Grand Jury for SPECIAL JULY 2010 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Morton Denlow_

TO SET PREMININARY BAIL AT $4,500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**
MAR 03 2011 **NF**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                    UNDER SEAL)

Courtroom Deputy Initials: